UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IZAZ-E-KHAN,<br><br>      Plaintiff,<br><br> v.<br><br>NORTHWEST DETENTION CENTER, and IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendants. | CASE NO. C09-5646FDB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to service of process or waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 28th day of October, 2009.

                 _____
                 J. Richard Creatura
                 United States Magistrate Judge

ORDER - 1