UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IZAZ-E-KHAN,

                          Plaintiff,

        v.

NORTHWEST DETENTION CENTER, and
IMMIGRATION CUSTOM
ENFORCEMENT.

                          Defendants.

No. C09-5646FDB

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate

Judges' Rules MJR 1, MJR 3, and MJR 4. After reviewing the record, the undersigned finds and

orders as follows:

On October 8, 2009, the court clerk received plaintiff's Complaint along with an

application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. The undersigned

granted the IFP application. (Dkt # 3) A review of the Complaint reveals significant

deficiencies, which must be cured or corrected.

Plaintiff's Complaint lists and names two defendants: the Northwest Detention Center, in

Tacoma, Washington, and the Immigration Customs Enforcement ("ICE"), in Anchorage,

ORDER - 1

Alaska. Plaintiff alleges he was unlawfully detained by ICE at the Northwest Detention Center from October 10, 2007 until January 16, 2009. Plaintiff alleges that during his incarceration he was denied due process rights protected by the U.S. Constitution and subjected to cruel and unusual punishment in violation of his civil rights.

Plaintiff has not named a proper defendant. In order to state a claim under 42 U.S.C. § 1983, a complaint must allege facts showing how individually named defendants caused or personally participated in causing the harm alleged in the complaint. Arnold v. IBM, 637 F.2d 1350, 1355 (9th Cir. 1981). Under most circumstances, a governmental entity cannot be held liable under §1983. In Monell v. Dept. of Social Services, 436 U.S. 658, 690-91 (1978), the Supreme Court ruled that local governments may only be sued for damages and declaratory or injunctive relief, if the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers. Monell rejects government liability based on the doctrine of *respondeat superior*. 436 U.S. at 694 n.58 (1978). Plaintiff has alleged certain violations of constitutional law, but has failed to allege any facts that would justify a claim against the named defendants.

Based on the deficiencies described above, plaintiff shall file, by no later than **December 18, 2009**, an amended complaint curing, if possible, the above deficiencies.

The clerk is directed to send a copy of this order to plaintiff at his last known address.

DATED this 16th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2