UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IZAZ E KHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST DETENTION CENTER and IMMIGRATION CUSTOM ENFORCEMENT,<br><br>　　　　　Defendants. | CASE NO. C09-5646 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION AS FRIVOLOUS |

The Magistrate Judge recommends that this civil rights action be dismissed as frivolous, the Plaintiff having failed to respond to the show cause order directing Plaintiff to cure the deficiencies in his complaint.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Plaintiff's claims and causes of action are dismissed, and;

(3)　The Clerk is directed to send copies of this Order to the parties.

DATED this 3nd day of February, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1