# United States District Court

WESTERN DISTRICT OF WASHINGTON

IZAZ E. KHAN

JUDGMENT IN A CIVIL CASE

v.

NORTHWEST DETENTION CENTER and
IMMIGRATION CUSTOM ENFORCEMENT

CASE NUMBER: C09-5646FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Plaintiff's claims and causes of action are dismissed.


   February 4, 2010                                              BRUCE RIFKIN
Date                                                                     Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk